## WALKER *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 5, September Term, 1961 (Adv.).]

*Decided July 10, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons stated in the opinion of the court below.